IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHIL CAPO,
BRIAN JAMES,

      Plaintiffs,

v.                        CASE NO. 1:02-cv-00123-MP-AK

NORMAN Y MINETA,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 63, Notice of Settlement filed by Norman Y. Mineta.  Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     This case is DISMISSED.  The Court will retain jurisdiction of this matter for 90 days to ensure that settlement is effectuated.

2.     The pre-trial conference scheduled for Wednesday, May 18, 2005 is cancelled.

**DONE AND ORDERED** this __17th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge